**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter  __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ganter Global, LLC** |
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

2  7  –  0  6  0  2  4  0  4

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10015 Rearwin Lane** | **10015 Rearwin Lane** |
| Number    Street | Number    Street |
| | P.O. Box |
| **McKinney**        **TX**    **75071** | **McKinney**        **TX**    **75071** |
| City                State    ZIP Code | City                State    ZIP Code |
| **Collin** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **9305 Preston Rd.** |
| | Number    Street |
| | **Frisco**          **TX**    **75034** |
| | City                State    ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Ganter Global, LLC**  _____  Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | **A. Check one:** |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

__7__  __2__  __2__  __5__

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** |

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                              MM / DD / YYYY

If more than 2 cases, attach a separate list.

   District _____  When _____ Case number _____
                                              MM / DD / YYYY

   District _____  When _____ Case number _____
                                              MM / DD / YYYY

Debtor  **Ganter Global, LLC**                                    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
                                                          MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                                          MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                                Number        Street

_____

_____
City                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor   **Ganter Global, LLC**                                           Case number (if known) _____

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/24/2015**
　　　　　　　　MM / DD / YYYY

X  **/s/ Chris Ganter**                                  **Chris Ganter**
　　Signature of authorized representative of debtor      Printed name

Title **President**

| 18. | **Signature of attorney** | X **/s/ Carissa S. Picard**                        Date **12/24/2015** |
|---|---|---|

Signature of Attorney for Debtor                              MM / DD / YYYY

**Carissa S. Picard**
Printed name

**Carissa S. Picard, Esq.**
Firm Name

**5960 W. Parker Rd.**
Number　　　　Street

**#278-240**

**Plano**                                          **TX**          **75093**
City                                               State        ZIP Code

Contact phone **(214) 966-1962**          Email address **cspicardesq@gmail.com**

**n/a**                                            **MD**
Bar number                                         State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re    **Ganter Global, LLC**          Case No.

Chapter    **11**

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on ___**12/24/2015**___.

    a. Total assets                                             **$23,217.00**

    b. Total debts (including debts listed in 2.c., below)       **$194,814.26**

    c. Debt securities held by more than 500 holders:            Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

    d. Number of shares of preferred stock           _____      _____

    e. Number of shares of common stock         _____      _____

    Comments, if any:

3. Brief description of debtor's business:
**Restaurant and bar**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ganter Global, LLC** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 103A

## Application for Individuals to Pay the Filing Fee in Installments          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1:     Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**

   ☐ Chapter 7
   ☑ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. **You may apply to pay the filing fee in up to four installments.  Fill in the amounts you propose to pay and the dates you plan to pay them.  Be sure all dates are business days.  Then add the payments you propose to pay.**

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case.  If the court approves your application, the court will set your final payment timetable.

   **You propose to pay...**

   | | |
   |---|---|
   | __$1,717.00__ | ☑ With the filing of the petition |
   | | ☐ On or before this date......... _____ MM / DD / YYYY |
   | _____ | On or before this date................ _____ MM / DD / YYYY |
   | _____ | On or before this date................ _____ MM / DD / YYYY |
   | + _____ | On or before this date................ _____ MM / DD / YYYY |

   Total  [ __$1,717.00__ ]   <-- Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2:     Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline.  Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

| X  /s/ Chris Ganter | X | X  /s/ Carissa S. Picard |
|---|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 | **Carissa S. Picard** |
| | | Your attorney's name and signature, if you used one |

| Date: **12/24/2015** | Date: _____ | Date: **12/24/2015** |
|---|---|---|
| MM / DD / YYYY | MM / DD / YYYY | MM / DD / YYYY |

**Fill in this information to identify the case:**

| Debtor 1 | | | **Ganter Global, LLC** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Chapter filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒ The debtor(s) must pay the filing fee according to the following terms:

| **You must pay...** | **On or before this date...** |
|---|---|
| **$1,717.00** | **12/24/2015** |
| | Month / day / year |
| | |
| | Month / day / year |
| | |
| | Month / day / year |
| + | |
| | Month / day / year |

**Total** $1,717.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____      **By the court:**   _____
Month / day / year                                United States Bankruptcy Judge

**Fill in this information to identify the case**

Debtor name          **Ganter Global, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                          debtor's interest

2.  **Cash on hand**                                                                                     $217.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                    account number

    _____          _____          __ __ __ __          _____

    _____          _____          __ __ __ __          _____

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

    _____          _____

    _____          _____

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $217.00

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ☑ Yes.  Fill in the information below.

Debtor   **Ganter Global, LLC** _____   Case number (if known) _____
      Name

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **Deposit with Texas Alcoholic Beverage Commission** _____ | $17,000.00 |
| | _____ | _____ |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| | _____ | _____ |
| | _____ | _____ |
| **9.** | **Total of Part 2.** Add lines 7 through 8.  Copy the total to line 81. | $17,000.00 |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **Accounts receivable** | | |
| 11a. | 90 days old or less: __$5,000.00__ – __$0.00__ = ............ ➔ | | $5,000.00 |
| |       face amount    doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: __$0.00__ – __$0.00__ = ............ ➔ | | $0.00 |
| |       face amount    doubtful or uncollectible accounts | | |
| **12.** | **Total of Part 3** Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | $5,000.00 |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity:              % of ownership: | | |
| | _____ _____ | _____ | _____ |
| | _____ _____ | _____ | _____ |

Debtor  **Ganter Global, LLC**
      Name                                  Case number (if known) _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

      Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.
  ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| **Televisions.** | **12/22/2015** | **$4,500.00** | resale value | **$4,500.00** |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$4,500.00** |

24. **Is any of the property listed in Part 5 perishable?**
  ☑ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |

Debtor   **Ganter Global, LLC** _____   Case number (if known) _____
       Name

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____   _____   _____   _____

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

_____   _____   _____   _____

**31. Farm and fishing supplies, chemicals, and feed**

_____   _____   _____   _____

**32. Other farming and fishing-related property not already listed in Part 6**

_____   _____   _____   _____

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| |
|---|
| $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| **40. Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | _____ | _____ | _____ |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

Debtor    **Ganter Global, LLC**                                     Case number (if known) _____
          Name

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                          | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                          | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor     **Ganter Global, LLC**_____     Case number (if known) _____
           Name

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$0.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

---

## Part 10:   Intangibles and Intellectual Property

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☑ No.  Go to Part 11.
       ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**
       Add lines 60 through 65.  Copy the total to line 89.          **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
       ☑ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **Ganter Global, LLC**                                              Case number (if known) _____
_____
Name

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____  –  _____  = ➡  _____
                                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____   _____

    **Nature of claim**        _____

    **Amount requested**       _____

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

    _____   _____

    **Nature of claim**        _____

    **Amount requested**       _____

76. **Trusts, equitable or future interests in property**

    _____   _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____   _____
    _____   _____

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                       | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **Ganter Global, LLC**                                              Case number (if known) _____
         Name

---

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$217.00** | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | **$17,000.00** | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | **$5,000.00** | |
| 83.  **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | **$4,500.00** | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88.  **Real property.** *Copy line 56, Part 9*.......................................................➜ | | **$0.00** |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91.  **Total.**  Add lines 80 through 90 for each column.  91a. | **$26,717.00** + 91b. | **$0.00** |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................................  **$26,717.00**

**Fill in this information to identify the case:**

Debtor name: **Ganter Global, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                        **$0.00**

**Fill in this information to identify the case:**

Debtor **Ganter Global, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 | $1,000.00 |

**2.1** Priority creditor's name and mailing address

**Carissa Picard, Esq.**

**5960 W. Parker Rd.**

**#278-240**

**Plano** **TX** **75093**

Date or dates debt was incurred

**12/24/2015**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(_____)  **Attorney Fees**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Attorney Fees**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$1,000.00**

Priority amount **$1,000.00**

**2.2** Priority creditor's name and mailing address

**Kenneth L. Maun**

**Tax Assessor**

**2300 Bloomdale Rd. Suite 2324**

**McKinney** **TX** **75071**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$1,347.32**

Priority amount **$0.00**

Debtor    **Ganter Global, LLC**                                              Case number (if known) _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.   If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |

**720 Preston Trace LP**

**9250 Pasadena Drive #202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Frisco**                      **TX**      **75033**

**Basis for the claim:**
**Non-Purchase Money**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,555.14 |

**Dallas Sidekick, LLC**

**16801 Addison Rd, Suite 124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Addison**                    **TX**      **75001**

**Basis for the claim:**
**Non-Purchase Money**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.00 |

**Liquid Environmental Solutions**

**7651 Esters Blvd. Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving**                      **TX**      **75063**

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |

**RSI Mechanical**

**3040 E. Meadows Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite**                  **TX**      **75150**

**Basis for the claim:**
**Non-Purchase Money**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor   **Ganter Global, LLC**

Case number (if known)

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$80,000.00

**Terry Hambrick**

☐ Contingent

**Kilgore & Kilgore**

☐ Unliquidated
☐ Disputed

**Nicholas O'Kelly**

**Dallas**          **TX**    **75204**

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$5,312.80

**TXU Energy**

☐ Contingent

**PO Box 650638**

☐ Unliquidated
☐ Disputed

**Dallas**          **TX**    **75265**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor   **Ganter Global, LLC** _____   Case number (if known) _____

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.   $2,347.32 |
| 5b. | **Total claims from Part 2** | 5b. +   $192,466.94 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $194,814.26 |

| **Fill in this information to identify the case:** |
| --- |
| Debtor name        **Ganter Global, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number        Chapter        **11** <br> (if known) |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and for the nature of the debtor's interest** | **Lease** <br> **Contract to be ASSUMED** | **720 Preston Trace LP** <br> **9250 Pasadena Drive #202** |
| --- | --- | --- | --- |
| | **State the term remaining** | **7 payment(s)** | **Frisco                                    TX        75033** |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor Name   **Ganter Global, LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

**1.**  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B.......................................................................... | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B...................................................... | $26,717.00 |
| 1c. **Total of all property** Copy line 92 from Schedule A/B................................................................ | $26,717.00 |

### Part 2:   Summary of Liabilities

**2.**  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................. **$0.00**

**3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | $2,347.32 |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | + $192,466.94 |

**4.**  **Total liabilities**
Lines 2 + 3a + 3b.................................................................................................................. **$194,814.26**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Ganter Global, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/24/2015**          X **/s/ Chris Ganter**
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                   **Chris Ganter**
                                   Printed name
                                   **President**
                                   Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  **Ganter Global, LLC**                                    Case No.  _____

                                                                 Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................  **$1,000.00**

   Prior to the filing of this statement I have received......................................................  **$0.00**

   Balance Due.............................................................................................................  **$1,000.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/24/2015** | **/s/ Carissa S. Picard** | |
|---|---|---|
| *Date* | *Carissa S. Picard* | Bar No.  n/a |
| | Carissa S. Picard, Esq. | |
| | 5960 W. Parker Rd. | |
| | #278-240 | |
| | Plano, TX 75093 | |
| | Phone: (214) 966-1962 | |

---

**/s/ Chris Ganter**

*Chris Ganter*
*President*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Ganter Global, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Terry Hambrick Kilgore & Kilgore Nicholas O'Kelly 3109 Carlisle St., Suite 200 Dallas, TX 75204 | | Non-Purchase Money | | | | $80,000.00 |
| 2 | 720 Preston Trace LP 9250 Pasadena Drive # 202 Frisco, TX 75033 | | Non-Purchase Money | | | | $55,000.00 |
| 3 | Dallas Sidekick, LLC 16801 Addison Rd, Suite 124 Addison, TX 75001 | | Non-Purchase Money | | | | $35,555.14 |
| 4 | RSI Mechanical 3040 E. Meadows Blvd. Mesquite, TX 75150 | | Non-Purchase Money | | | | $16,000.00 |
| 5 | TXU Energy PO Box 650638 Dallas, TX 75265 | | Notice Only | | | | $5,312.80 |

Debtor      **Ganter Global, LLC**_____      Case number (if known) _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Kenneth L. Maun Tax Assessor 2300 Bloomdale Rd. Suite 2324 McKinney, TX 75071 | | Taxes | | | | $1,347.32 |
| 7   Carissa Picard, Esq. 5960 W. Parker Rd. #278-240 Plano, TX 75093 | | Attorney Fees | | | | $1,000.00 |
| 8   Liquid Environmental Solutions 7651 Esters Blvd. Suite 200 Irving, TX 75063 | | Notice Only | | | | $599.00 |

*Carissa S. Picard, Bar No. n/a*
*Carissa S. Picard, Esq.*
*5960 W. Parker Rd.*
*#278-240*
*Plano, TX 75093*
*(214) 966-1962*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*EASTERN DISTRICT OF TEXAS*
*SHERMAN DIVISION*

In re:                                        Case No.:
**Ganter Global, LLC**                         SSN:   **27-0602404**
_____           SSN:   _____

Debtor(s)                            ## Numbered Listing of Creditors
Address:
**10015 Rearwin Lane**               Chapter:    **11**
**McKinney, TX 75071**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.    720 Preston Trace LP<br>9250 Pasadena Drive #202<br>Frisco, TX 75033 | Unsecured Claim | $55,000.00 |
| 2.    Carissa Picard, Esq.<br>5960 W. Parker Rd.<br>#278-240<br>Plano, TX 75093 | Priority Claim | $1,000.00 |
| 3.    Dallas Sidekick, LLC<br>16801 Addison Rd, Suite 124<br>Addison, TX 75001 | Unsecured Claim | $35,555.14 |
| 4.    Kenneth L. Maun<br>Tax Assessor<br>2300 Bloomdale Rd. Suite 2324<br>McKinney, TX 75071 | Priority Claim | $1,347.32 |
| 5.    Liquid Environmental Solutions<br>7651 Esters Blvd. Suite 200<br>Irving, TX 75063 | Unsecured Claim | $599.00 |
| 6.    RSI Mechanical<br>3040 E. Meadows Blvd.<br>Mesquite, TX 75150 | Unsecured Claim | $16,000.00 |

in re: **Ganter Global, LLC**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Terry Hambrick<br>Kilgore & Kilgore<br>Nicholas O'Kelly<br>3109 Carlisle St., Suite 200<br>Dallas, TX 75204 | Unsecured Claim | $80,000.00 |
| 8.  TXU Energy<br>PO Box 650638<br>Dallas, TX 75265 | Unsecured Claim | $5,312.80 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Ganter Global, LLC** ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*
consisting of  2  sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor:  **/s/ Chris Ganter**                                    Date: 12/24/2015
   **Chris Ganter**
   **President**